November 4, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

### IN THE GUARDIANSHIP OF BRANDY N. HOLLIS, AN INCAPACITATED PERSON

NO. 14-13-00659-CV

_____

This cause, an appeal from the order removing trustee, signed June 11, 2013, was heard on the transcript of the record. We have inspected the record and find error in the portions of the trial court's judgment removing Compass Bank as trustee of the Brandy Hollis 867 Special Needs Trust, appointing a successor trustee, and requiring Compass Bank to deliver the trust assets to the successor trustee. We therefore order those portions of the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order this decision certified below for observance.